**Willie Edward SEWELL, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 40465.**

Court of Criminal Appeals of Texas.

June 21, 1967.

Appeal from Criminal District Court No. 5, Dallas County; John Mead, Judge.

Don Metcalfe, Howard B. Law, D. B. Mason, Dallas, for appellant.

Henry Wade, Dist. Atty., Frank Watts, Tom Reese and Malcolm Dade, Asst. Dist. Attys., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

## OPINION

ONION, Judge.

The offense is Murder with Malice; the punishment, assessed by the jury at ninety-nine (99) years confinement in the Texas Department of Corrections.

Appellant was tried jointly with Floyd Lee Patterson in the Criminal District Court No. 4 of Dallas County, commencing on May 19, 1966.

The grounds of error raised are identical with those raised by the Appellant Patterson and passed on by this Court in Patterson v. State, Tex.Cr.App., 416 S.W.2d 816, this day decided.

The judgment is affirmed.